**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| NOEL PORRAS | § | Case No. 10-46235 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/16/2010 . The undersigned trustee was appointed on 10/16/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 7,600.72

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 61.69 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,539.03 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/20/2011 and the deadline for filing governmental claims was 04/20/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,510.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,510.07 , for a total compensation of $ 1,510.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2012 By:/s/DEBORAH M. GUTFELD
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Case No: 10-46235 SPS Judge: Susan Pierson Sonderby

Case Name: NOEL PORRAS

For Period Ending: 06/08/2012

Trustee Name: DEBORAH M. GUTFELD

Date Filed (f) or Converted (c): 10/16/2010 (f)

341(a) Meeting Date: 12/02/2010

Claims Bar Date: 04/20/2011

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home in Hoffman Estates | 235,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Bank of America Checking Account | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Credit Union (Alliant) | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. High School Graduation Ring | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. Sony Camera | 30.00 | 0.00 | DA | 0.00 | FA |
| 9. IRA/401(k) | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. State of IL Income Tax Refund | 235.00 | 0.00 | DA | 0.00 | FA |
| 12. 1995 Toyota Celica | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. 2004 Lexus IS300 | 9,000.00 | 6,735.00 | | 7,600.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.72 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $267,065.00 | $6,735.00 | | $7,600.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is making installment payments related to the purchase of Lexus IS 250. TFR will be prepared after final installment payment is made.

Initial Projected Date of Final Report (TFR): 12/31/2012 Current Projected Date of Final Report (TFR): 12/31/2012

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-46235
Case Name: NOEL PORRAS

Taxpayer ID No: XX-XXX3446
For Period Ending: 06/08/2012

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Bank of America
Account Number/CD#: XXXXXX6264
Money Market Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/11 | 13 | Noel Val P. Porras<br>1964 Crescent Lane<br>Hoffman Estates, IL 60169-1060 | First Installment Payment | 1129-000 | $3,000.00 | | $3,000.00 |
| 02/28/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $3,000.01 |
| 03/01/11 | 13 | PORRAS, NOEL<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | Installment Payment | 1129-000 | $400.00 | | $3,400.01 |
| 03/30/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | April Installment Payment | 1129-000 | $400.00 | | $3,800.01 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,800.04 |
| 04/29/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $4,200.04 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,200.07 |
| 05/27/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $4,600.07 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,600.11 |
| 06/29/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $5,000.11 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,000.15 |
| 07/28/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $5,400.15 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,400.19 |
| 08/29/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $5,800.19 |

| | Page Subtotals: | $5,800.19 | $0.00 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-46235
Case Name: NOEL PORRAS

Taxpayer ID No: XX-XXX3446
For Period Ending: 06/08/2012

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Bank of America
Account Number/CD#: XXXXXX6264
Money Market Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,800.24 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,800.29 |
| 10/03/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $6,200.29 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,200.34 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.82 | $6,192.52 |
| 11/08/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $6,592.52 |
| 11/30/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $6,992.52 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,992.57 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.91 | $6,984.66 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $6,984.72 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.55 | $6,976.17 |
| 01/03/12 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $7,376.17 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,376.23 |

| | | |
|---|---|---|
| Page Subtotals: | $1,600.32 | $24.28 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-46235
Case Name: NOEL PORRAS

Taxpayer ID No: XX-XXX3446
For Period Ending: 06/08/2012

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Bank of America
Account Number/CD#: XXXXXX6264
Money Market Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.58 | $7,366.65 |
| 02/01/12 | 13 | Noel Val P. Porras<br>Catalina P. Porras<br>1964 Crescent Ln.<br>Hoffman Est, IL 60169-1060 | 2004 Lexus IS300 | 1129-000 | $200.00 | | $7,566.65 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,566.71 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.95 | $7,557.76 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,557.82 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.29 | $7,548.53 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.06 | | $7,548.59 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.59 | $7,539.00 |
| 05/17/12 | INT | Bank of America | Post accrued interest for account number 4437826264. | 1270-000 | $0.03 | | $7,539.03 |
| 05/17/12 | | Transfer to Acct # xxxxxx6772 | Transfer of Funds from MMA account xxx6264 to Checking account xxx6772 | 9999-000 | | $7,539.03 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $7,600.72 | $7,600.72 |
| Less: Bank Transfers/CD's | $0.00 | $7,539.03 |
| Page Subtotals: | $200.21 | $7,576.44 |

Exhibit B

| | | |
|---|---|---|
| Subtotal | $7,600.72 | $61.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,600.72 | $61.69 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-46235
Case Name: NOEL PORRAS

Taxpayer ID No: XX-XXX3446
For Period Ending: 06/08/2012

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Bank of America
Account Number/CD#: XXXXXX6772
Checking
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/12 | | Transfer from Acct # xxxxxx6264 | Transfer of Funds from MMA account xxx6264 to Checking account xxx6772 | 9999-000 | $7,539.03 | | $7,539.03 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $7,539.03 | $0.00 |
| Less: Bank Transfers/CD's | $7,539.03 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |



Page Subtotals: $7,539.03 $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6264 - Money Market Account | $7,600.72 | $61.69 | $0.00 |
| XXXXXX6772 - Checking | $0.00 | $0.00 | $7,539.03 |
| | $7,600.72 | $61.69 | $7,539.03 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,600.72 |
| Total Gross Receipts: | $7,600.72 |



Page Subtotals: $0.00 $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 10-46235

Date: June 8, 2012

Debtor Name: NOEL PORRAS

Claims Bar Date: 4/20/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET,<br>SUITE 1700<br>CHICAGO, IL 60603-5559 | Administrative | | $0.00 | $1,510.07 | $1,510.07 |
| 100<br>3210 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Administrative | | $0.00 | $500.00 | $500.00 |
| 1<br>300<br>7100 | Discover Bank<br>Discover Products Inc.<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $7,087.79 | $7,087.79 |
| 2<br>300<br>7100 | Chase Bank Usa, N. A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured | | $0.00 | $4,083.78 | $4,083.78 |
| 3<br>300<br>7100 | Pyod Llc Its Successors And<br>Assigns As Assignee Of Citibank<br>Pyod Llc Its Successors And<br>Assigns,<br>As Assignee Of Citibank NA<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Unsecured | | $0.00 | $8,309.18 | $8,309.18 |
| | Case Totals | | | $0.00 | $21,490.82 | $21,490.82 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-46235
Case Name: NOEL PORRAS
Trustee Name: DEBORAH M. GUTFELD

| | | |
|---|---|---|
| Balance on hand | $ | 7,539.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,510.07 | $ 0.00 | $ 1,510.07 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 500.00 | $ 0.00 | $ 500.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,010.07 |
| Remaining Balance | $ | 5,528.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,480.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,087.79 | $ 0.00 | $ 2,011.63 |
| 2 | Chase Bank Usa, N. A. | $ 4,083.78 | $ 0.00 | $ 1,159.04 |
| 3 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank | $ 8,309.18 | $ 0.00 | $ 2,358.29 |

Total to be paid to timely general unsecured creditors $ 5,528.96

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE