**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 10-46235** |
| **NOEL PORRAS,** | ) | **Honorable Timothy A. Barnes** |
| | ) | |
| Debtor. | ) | **Hearing: Wednesday, July 25, 2012 at 10:30 a.m.** |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:                           Neal, Gerber & Eisenberg LLP (by Trustee)

Authorized to Provide                        Trustee
Professional Services to:

Date of Retention:                           February 9, 2011, retroactive to January 19, 2011

Period for which compensation and reimbursement    January 19, 2011 to date
is sought:

Amount of fees sought as actual, reasonable and    $500.00
necessary

Amount of expenses sought as actual, reasonable    $0.00
and necessary

This is a(n):    __ monthly        __ interim        _✓_ final application

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | | | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: <u>$0.00.</u>

Date: June 26, 2012                          By: */s/ Kevin G. Schneider*
                                                  Kevin G. Schneider

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 10-46235 |
| NOEL PORRAS, | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor. | ) | **Hearing: Wednesday, July 25, 2012 at 10:30 a.m.** |
| | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR NEAL, GERBER & EISENBERG LLP,
ATTORNEYS FOR DEBORAH M. GUTFELD, TRUSTEE FOR THE
CHAPTER 7 BANKRUPTCY ESTATE OF NOEL PORRAS**

Trustee, Deborah M. Gutfeld, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Neal, Gerber & Eisenberg LLP ("NGE"), attorneys for Trustee, of compensation of $500.00 for 1.6 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) from January 19, 2011, to the present.

In support of this Final Application, Trustee states as follows:

**COMMENCEMENT OF PROCEEDING**

1. On October 16, 2010, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Deborah M. Gutfeld was appointed Trustee for this bankruptcy.

2. The Meeting of Creditors was initially held on December 2, 2010, when Trustee confirmed that there was an asset of the estate (one vehicle) that could be liquidated for the benefit of unsecured creditors.

3. On January 27, 2011, Trustee forwarded to Debtor's counsel a proposal for the Debtor to purchase the estate's interest in the vehicle.

4. On February 9, 2011, this Court entered an Order granting Trustee's application to employ Neal, Gerber & Eisenberg LLP as Trustee's General Counsel, retroactive to January 19, 2011.

All professional services for which compensation is requested herein were performed by NGE and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for her services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY NEAL, GERBER & EISENBERG LLP

NGE has served as counsel for the Trustee at all times in these proceedings since its appointment on February 9, 2011, retroactive to January 19, 2011. NGE has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT AND PROFESSIONAL PERSONS

NGE prepared, drafted and obtained court approval to retain NGE as Trustee's General Counsel. In connection with the retention and request for payment, NGE expended 1.1 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $352.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Nicholas M. Miller | 0.1 |
| Kevin G. Schneider | 1.0 |

## B. ASSETS

In connection with assets for this bankruptcy estate, NGE obtained court approval to sell the estate's interest in a vehicle. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Kevin G. Schneider | 0.5 |

## STATEMENT OF LEGAL SERVICES AND EXPENSES

Since January 19, 2011, NGE has devoted 1.6 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $500.00.

Attached as **Exhibit B** is a biographical sketch (including billing rates) of the NGE personnel who performed services on this matter during the term of this Application.

Attached as **Exhibit C** is Deborah M. Gutfeld's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

Authorizing payment to NGE compensation in this bankruptcy proceeding in the amount of $500.00 for actual, necessary and valuable professional services rendered; and For such other and further relief as this Court may deem equitable and just.

                DEBORAH M. GUTFELD, TRUSTEE


                By: */s/ Kevin G. Schneider*
                      One of her attorneys

Nicholas M. Miller (ARDC #6295723)
Kevin G. Schneider (ARDC #6302942)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8000