# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NOEL PORRAS | § | Case No. 10-46235 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on July 25, 2012 in courtroom 642 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2012          By: Deborah M. Gutfeld
                                         Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NOEL PORRAS | § | Case No. 10-46235 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,600.72 |
| and approved disbursements of | $ | 61.69 |
| leaving a balance on hand of[1] | $ | 7,539.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,510.07 | $ 0.00 | $ 1,510.07 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 500.00 | $ 0.00 | $ 500.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,010.07 |
| Remaining Balance | $ | 5,528.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,480.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  28.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $         7,087.79 | $          0.00 | $         2,011.63 |
| 2 | Chase Bank Usa, N. A. | $         4,083.78 | $          0.00 | $         1,159.04 |
| 3 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank | $         8,309.18 | $          0.00 | $         2,358.29 |

Total to be paid to timely general unsecured creditors    $            5,528.96

Remaining Balance    $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Noel Porras                                                              Case No. 10-46235-TAB
        Debtor                                                           Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Jun 27, 2012
                             Form ID: pdf006           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2012.
db        +Noel Porras,   1964 Crescent Lane,   Hoffman Estates, IL 60169-1060
16283786  +Action Financial,   New Beginnings Debt Settlement,   675 W. Indiantown Rd. - Suite 205,
           Jupiter, FL 33458-7554
16283785  +Chase Bank,   c/o: APEX Financial Mgmt.,   1120 W. Lake Cook - Suite A,
           Buffalo Grove, IL 60089-1970
16736833   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16283787  +Chase Bank USA, NA,   PO Box 659409,   San Antonio, TX 78265-9409
16283788  +Citibank South Dakota,   c/o Blitt & Gaines,   661 Glenn Avenue,   Wheeling, IL 60090-6017
16283783  +HSBC Bank,   c.o: PRAXIS Financial Solutions,   7331 N. Lincoln - Suite 8,
           Lincolnwood, IL 60712-1766
16283784  +Keybank,   c/o Creditor's Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
16283789  +Wachovia,   PO Box 659568,   San Antonio, TX 78265-9568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16283782  +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2012 02:35:06     Discover,   PO Box 6103,
           Carol Stream, IL 60197-6103
16698202   E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2012 02:35:06     Discover Bank,
           Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
16894733  +E-mail/Text: resurgentbknotifications@resurgent.com Jun 28 2012 00:46:01
           PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
           c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                      TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**                    **Signature:**          *Joseph Speetjens*

District/off: 0752-1          User: adragonet          Page 2 of 2          Date Rcvd: Jun 27, 2012
                             Form ID: pdf006           Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2012 at the address(es) listed below:
          Bradley S Chelin    on behalf of Debtor Noel Porras bchelin@gmail.com
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Nicholas M  Miller    on behalf of Trustee Deborah Gutfeld nmiller@ngelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                         TOTAL: 4