UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                            §
                                  §
NOEL PORRAS                       §    Case No. 10-46235
                                  §
                                  §
        Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DEBORAH M. GUTFELD_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| Neal Gerber & Eisenberg LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank Usa, N. A. | | | | | |
| 1 | Discover Bank | | | | | |
| 3 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-46235 | SPS | Judge: | Susan Pierson Sonderby | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | NOEL PORRAS | | | | Date Filed (f) or Converted (c): | 10/16/2010 (f) |
| | | | | | 341(a) Meeting Date: | 12/02/2010 |
| For Period Ending: | 10/15/2012 | | | | Claims Bar Date: | 04/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home in Hoffman Estates | 235,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Credit Union (Alliant) | 100.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. High School Graduation Ring | 200.00 | 0.00 | | 0.00 | FA |
| 8. Sony Camera | 30.00 | 0.00 | | 0.00 | FA |
| 9. IRA/401(k) | 20,000.00 | 0.00 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | 200.00 | 0.00 | | 0.00 | FA |
| 11. State of IL Income Tax Refund | 235.00 | 0.00 | | 0.00 | FA |
| 12. 1995 Toyota Celica | 500.00 | 0.00 | | 0.00 | FA |
| 13. 2004 Lexus IS300 | 9,000.00 | 6,735.00 | | 7,600.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.72 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $267,065.00 | $6,735.00 | | $7,600.72 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Proposed TDR submitted to Kit O'Kelly on 10/12/12.

Initial Projected Date of Final Report (TFR): 12/31/2012    Current Projected Date of Final Report (TFR): 12/31/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-46235 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: NOEL PORRAS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6264 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX3446 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/15/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/11 | 13 | Noel Val P. Porras<br>1964 Crescent Lane<br>Hoffman Estates, IL 60169-1060 | First Installment Payment | 1129-000 | $3,000.00 | | $3,000.00 |
| 02/28/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $3,000.01 |
| 03/01/11 | 13 | PORRAS, NOEL<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | Installment Payment | 1129-000 | $400.00 | | $3,400.01 |
| 03/30/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | April Installment Payment | 1129-000 | $400.00 | | $3,800.01 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,800.04 |
| 04/29/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $4,200.04 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,200.07 |
| 05/27/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $4,600.07 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,600.11 |
| 06/29/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $5,000.11 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,000.15 |
| 07/28/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $5,400.15 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,400.19 |
| 08/29/11 | 13 | NOEL PORRAS<br>1964 CRESCENT LANE<br>HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $5,800.19 |

Page Subtotals: $5,800.19   $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-46235 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: NOEL PORRAS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6264 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX3446 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/15/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,800.24 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,800.29 |
| 10/03/11 | 13 | NOEL PORRAS 1964 CRESCENT LANE HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $6,200.29 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,200.34 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.82 | $6,192.52 |
| 11/08/11 | 13 | NOEL PORRAS 1964 CRESCENT LANE HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $6,592.52 |
| 11/30/11 | 13 | NOEL PORRAS 1964 CRESCENT LANE HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $6,992.52 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,992.57 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.91 | $6,984.66 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $6,984.72 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.55 | $6,976.17 |
| 01/03/12 | 13 | NOEL PORRAS 1964 CRESCENT LANE HOFFMAN ESTATES, IL 60169 | | 1129-000 | $400.00 | | $7,376.17 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,376.23 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.58 | $7,366.65 |

Page Subtotals: $1,600.32   $33.86

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-46235 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: NOEL PORRAS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6264 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX3446 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/15/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/12 | 13 | Noel Val P. Porras<br>Catalina P. Porras<br>1964 Crescent Ln.<br>Hoffman Est, IL 60169-1060 | 2004 Lexus IS300 | 1129-000 | $200.00 | | $7,566.65 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,566.71 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.95 | $7,557.76 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,557.82 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.29 | $7,548.53 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.06 | | $7,548.59 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.59 | $7,539.00 |
| 05/17/12 | INT | Bank of America | Post accrued interest for account number 4437826264. | 1270-000 | $0.03 | | $7,539.03 |
| 05/17/12 | | Transfer to Acct # xxxxxx6772 | Transfer of Funds from MMA account xxx6264 to Checking account xxx6772 | 9999-000 | | $7,539.03 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,600.72 | $7,600.72 |
| Less: Bank Transfers/CD's | $0.00 | $7,539.03 |
| Subtotal | $7,600.72 | $61.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,600.72 | $61.69 |

Page Subtotals: $200.21   $7,566.86

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-46235  
Case Name: NOEL PORRAS  
Taxpayer ID No: XX-XXX3446  
For Period Ending: 10/15/2012  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX6772  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/12 |  | Transfer from Acct # xxxxxx6264 | Transfer of Funds from MMA account xxx6264 to Checking account xxx6772 | 9999-000 | $7,539.03 |  | $7,539.03 |
| 07/25/12 | 601 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 |  | $500.00 | $7,039.03 |
| 07/25/12 | 602 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 |  | $1,510.07 | $5,528.96 |
| 07/25/12 | 603 | Discover Bank<br>Discover Products Inc.<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 28.38 % per court order. | 7100-000 |  | $2,011.63 | $3,517.33 |
| 07/25/12 | 604 | N. A. Chase Bank Usa<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 2 representing a payment of 28.38 % per court order. | 7100-000 |  | $1,159.04 | $2,358.29 |
| 07/25/12 | 605 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank<br>Pyod Llc Its Successors And Assigns, As Assignee Of Citibank NA<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Final distribution to claim 3 representing a payment of 28.38 % per court order. | 7100-000 |  | $2,358.29 | $0.00 |

|  | COLUMN TOTALS | $7,539.03 | $7,539.03 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $7,539.03 | $0.00 |
|  | Subtotal | $0.00 | $7,539.03 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $0.00 | $7,539.03 |

Page Subtotals: $7,539.03 $7,539.03

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6264 - Money Market Account | $7,600.72 | $61.69 | $0.00 |
| XXXXXX6772 - Checking | $0.00 | $7,539.03 | $0.00 |
| | $7,600.72 | $7,600.72 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,600.72 |
| Total Gross Receipts: | $7,600.72 |